UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JERRY VAN LE, )<br>Defendant. )<br>) | Case No. MAG. 09-0096-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release JERRY VAN LE, Case No. MAG. 09-0096-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $50,000.00.

    _X_  Unsecured Appearance Bond

    ___  Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/27/09  at 3:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge