```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  2:09-MJ-0096 EFB
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )  CONTINUING PRELIMINARY HEARING
                                 )  AND EXCLUDING TIME
14  JERRY VAN LE,                )
                                 )
15              Defendant.       )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Assistant United States
18  Attorney Kyle Reardon, counsel for the plaintiff, and Mark S. Axup,
19  Esq., counsel for the defendant, that good cause exists to extend
20  the preliminary hearing currently set for Thursday, April 16, 2009,
21  at 2:00 p.m. to Friday, May 15, 2009, at 2:00 p.m., pursuant to
22  Federal Rule of Criminal Procedure 5.1(d).  This is the first
23  request by the parties for an extension of time for the preliminary
24  hearing.
25       Good cause exists to extend the time for the preliminary
26  hearing within the meaning of Rule 5.1(d) because more time will
27  permit the parties to perform additional investigation, evaluate the
28  evidence in this case, and discuss a possible pre-indictment
```

1

resolution.  This case involves hundreds of pages of documentary evidence as well as a significant volume of computer material seized from the defendant.  Allowing additional time for analysis of that material, and pretrial discussion based upon the results of that analysis would be beneficial to both parties in this matter.

Counsel further stipulate that an exclusion of time from now until Friday, May 15, 2009, is appropriate under the Speedy Trial Act because of the need for the examination.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow a reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: April 15, 2009     /s/ Kyle Reardon
                          KYLE REARDON
                          Assistant U.S. Attorney

Dated: April 15, 2009     /s/ Kyle Reardon for
                          MARK S. AXUP
                          Counsel for the defendant

**<u>ORDER</u>**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, April 16, 2009, at 2:00 p.m., to Friday, May 15, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, May 15, 2009.

IT IS SO ORDERED.

DATED: April 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/le0096.stipord