```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )   2:09-MJ-0096 EFB
12              Plaintiff,        )
                                  )   STIPULATION AND ORDER
13        v.                      )   CONTINUING PRELIMINARY HEARING
                                  )   AND EXCLUDING TIME
14  JERRY VAN LE,                 )
                                  )
15              Defendant.        )
    _____)
16
```

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Mark S. Axup, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, May 15, 2009, at 2:00 p.m. to Friday, June 12, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d). This is the second request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to perform additional investigation, evaluate the evidence in this case, and discuss a possible pre-indictment

1

resolution.  This case involves hundreds of pages of documentary evidence as well as a significant volume of computer material seized from the defendant.  Allowing additional time for analysis of that material, and pretrial discussion based upon the results of that analysis would be beneficial to both parties in this matter.

    Counsel further stipulate that an exclusion of time from now until Friday, June 12, 2009, is appropriate under the Speedy Trial Act because of the need for the examination.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow a reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: May 12, 2009             /s/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney

Dated: May 12, 2009             /s/ Kyle Reardon for
                                        MARK S. AXUP
                                        Counsel for the defendant

**<u>ORDER</u>**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, May 15, 2009, at 2:00 p.m., to Friday, June 12, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, June 12, 2009.

IT IS SO ORDERED.

Date: May 13, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

le.eot