LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> JERRY VAN LE, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:09-MJ-0096 EFB <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Mark S. Axup, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, June 12, 2009, at 2:00 p.m., to Friday, August 28, 2009 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the third request by the parties for an extension of time for the preliminary hearing.

　　Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to perform additional investigation, evaluate the evidence in this case, and discuss a possible pre-indictment

1

1 resolution.  This case involves hundreds of pages of documentary
2 evidence as well as a significant volume of computer material seized
3 from the defendant.  Allowing additional time for analysis of that
4 material, and pretrial discussion based upon the results of that
5 analysis would be beneficial to both parties in this matter.
6     Counsel further stipulate that an exclusion of time from now
7 until Friday, August 28, 2009, is appropriate under the Speedy Trial
8 Act because of the need for the examination.  As a result, counsel
9 for both parties believe time should be excluded under Local Code T4
10 to allow a reasonable time to prepare for the defense.  18 U.S.C.
11 § 3161(h)(7)(A), (B)(iv); Local Code T4.  Both parties agree and
12 stipulate that the ends of justice served by taking such action
13 outweigh the best interest of the public and the defendant in speedy
14 charging pursuant to the Speedy Trial Act.

    Respectfully Submitted,

    LAWRENCE G. BROWN
    Acting United States Attorney

Dated: June 4, 2009    /s/ *Tice-Raskin for Kyle Reardon*
    KYLE REARDON
    Assistant U.S. Attorney

Dated: June 4, 2009    /s/ *Mark S. Axup*
    MARK S. AXUP
    Counsel for the defendant

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Friday, June 12, 2009, at 2:00 p.m., to Friday, August 28, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, Friday, August 28, 2009 pursuant to Local Code T4.

IT IS SO ORDERED.

Date: June 8, 2009.

_____
U.S. MAGISTRATE JUDGE