LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                      ) | 2:09-MJ-0096 EFB |
|         Plaintiff,  ) | |
|                      ) | STIPULATION AND ORDER |
|     v.               ) | CONTINUING PRELIMINARY HEARING |
|                      ) | AND EXCLUDING TIME |
| JERRY VAN LE,          ) | |
|                      ) | |
|         Defendant.  ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Mark S. Axup, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, September 18, 2009, at 2:00 p.m. to Friday, October 30, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the fourth request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to perform additional investigation, evaluate the evidence in this case, and discuss a possible pre-indictment

resolution.  This case involves hundreds of pages of documentary evidence as well as a significant volume of computer material seized from the defendant.  Both parties anticipate a pre-indictment resolution to this matter and allowing additional time for analysis of that material, and pretrial discussion based upon the results of that analysis would be beneficial to both parties.

Counsel further stipulate that an exclusion of time from now until Friday, October 30, 2009, is appropriate under the Speedy Trial Act because of the need for the examination.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow a reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

Dated: September 18, 2009        /s/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney

Dated: September 18, 2009        /s/ Kyle Reardon for
                                 MARK S. AXUP
                                 Counsel for the defendant

## ORDER

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   The Court finds good cause to extend the Preliminary Hearing currently set for Friday, September 18, 2009, at 2:00 p.m., to Friday, October 30, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.   Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through Friday, October 30, 2009.

IT IS SO ORDERED.


Date: September 21, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

le.eot