1  MARK S. AXUP (SBN 112876)
   **LAW OFFICES OF MARK S. AXUP**
2  Attorneys at Law
   1012 19th Street
3  Sacramento, California 95814

4  Telephone No.  (916) 442-4224

5  Attorney for Defendant Jerry Van Le

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA, | Case No.  02:09-MJ-00096-EFB |
13 |                           |                              |
14 |            Plaintiff,     | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION** |
15 | v.                        |                              |
16 | JERRY VAN LE,             | Date:       October 30, 2009 |
17 |                           | Time:       2:00 p.m. |
                               | Courtroom:  26 |
18 |            Defendant.     | Judge:      Kimberly J. Mueller |
19

20

21      IT IS HEREBY STIPULATED by between Defendant Jery Van Le, by and through

22 his counsel, Mark S. Axup, and the United States, through its counsel, Assistant United

23 States Attorney Kyle F. Reardon as follows:

24      That the currently scheduled Preliminary Examination on the above matter be

25 currently scheduled for October 30, 2009 at 2:00 p.m. before Magistrate Judge Kimberly

26 J. Mueller in Courtroom 26 be continued to **November 13, 2009 at 2:00 p.m.**

27      Defendant's counsel is currently out of state and is requesting that this matter be

28 continued.

                                        1

**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION**

Additionally, this Court is advised that the parties have reached an agreement in this matter and are preparing to enter a plea before the United States District Court.

Time is excluded pursuant to Local Code T4.  The parties agree that it is appropriate to exclude time under the Speedy Trial Act,  18 U.S.C. 3161 (h)(7)(B) (preparation of counsel), in that the amount of time requested is brief and will be used by counsel to investigate and prepare this case.

DATED: October 28, 2009                     Respectfully submitted,

*/s/ Mark s. Axup*
MARK S. AXUP
Attorney for Defendant

**IT IS SO STIPULATED:**

DATED: October 28, 2009

*/s/ Mark S. Axup*
MARK S. AXUP
Attorney for Defendant Wanland

DATED: October 28, 2009

*/s/ Kyle F. Reardon*
KYLE F. REARDON
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Date: **October 29, 2009.**

_____
U.S. MAGISTRATE JUDGE