BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRY VAN LE, <br><br> Defendant. | 2:09-MJ-0096 EFB <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

 IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Mark S. Axup, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, November 13, 2009, at 2:00 p.m. to Friday, December 18, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This is the fifth request by the parties for an extension of time for the preliminary hearing.

 Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  After several months of negotiation, the parties have reached a plea agreement in the case. The defendant is expected to waive his preliminary hearing and right

1

to a Grand Jury, be arraigned, and enter a plea before District Court Judge John A. Mendez to the Information filed on October 16, 2009, on Judge Mendez's first available criminal calendar.

Counsel further stipulate that an exclusion of time from now until Friday, December 18, 2009, is appropriate under the Speedy Trial Act.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow a reasonable time to prepare and to ensure continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: November 13, 2009        /s/ Kyle Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney

Dated: November 13, 2009        /s/ Kyle Reardon for
                                MARK S. AXUP
                                Counsel for the defendant

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Friday, November 13, 2009, at 2:00 p.m., to Friday, December 18, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Friday, December 18, 2009.

IT IS SO ORDERED.

DATED: November 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/le0096.stipord(3)