BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERRY VAN LE, ) <br> ) <br> Defendant. ) <br> _____) | 2:09-MJ-0096 EFB <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Mark S. Axup, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, December 18, 2009, at 2:00 p.m. to Friday, January 29, 2010, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This matter has been continued multiple times since it was initially set on March 27, 2009.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  The parties have reached a pre-plea agreement to resolve the case and an information has been filed.  C.R. 1, Case Number 09-CR-00444 JAM.  The defendant has not

been arraigned on the Information and the change of plea has not been taken by the District Court because both parties are waiting for the District Court to act on Government's Notice of Related Case and request to reassign this matter to District Court Judge Edward J. Garcia. C.R. 6, Case Number 09-CR-00444 JAM. Upon ruling on the government's motion, the parties will proceed to the District Court for arraignment and entry of plea.

Counsel further stipulate that an exclusion of time from now until Friday, January 29, 2010, is appropriate under the Speedy Trial Act because of the pending motion.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: December 17, 2009   /s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

Dated: December 17, 2009   /s/ Kyle Reardon for
MARK S. AXUP
Counsel for the defendant

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Friday, December 18, 2009, at 2:00 p.m., to Friday, January 29, 2010, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice

1  outweigh the best interest of the public and the defendant in a
2  speedy trial.  Accordingly, time under the Speedy Trial Act shall be
3  excluded through Friday, January 29, 2010.
4       IT IS SO ORDERED.
5  Dated:   December 18, 2009.
6                                 EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE