```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>       v.                            )<br>                                     )<br>JERRY VAN LE,                        )<br>                                     )<br>              Defendant.             )<br>_____) | 2:09-MJ-0096 EFB<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br>AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Mark S. Axup, Esq., counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Friday, January 29, 2010, at 2:00 p.m. to Friday, February 12, 2010, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).  This matter has been continued multiple times since it was initially set on March 27, 2010.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  The parties have reached a pre-plea agreement to resolve the case and an information has been filed.  C.R. 1, Case Number 09-CR-00444 JAM.  The defendant has not

been arraigned on the Information and the change of plea has not been taken by the District Court because both parties were waiting for the District Court to act on Government's Notice of Related Case and request to reassign this matter to District Court Judge Edward J. Garcia.  C.R. 6, Case Number 09-CR-00444 JAM.  On Thursday, January 28, 2010, the matter was reassigned to District Court Judge Edward J. Garcia.  C.R. 7.  The case has been set for an arraignment and change of plea before Judge Garcia on February 5, 2010.

Counsel further stipulate that an exclusion of time from now until Friday, February 12, 2010, is appropriate under the Speedy Trial Act in the interest of justice.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: January 28, 2010        /s/ Kyle Reardon
                               KYLE REARDON
                               Assistant U.S. Attorney

Dated: January 28, 2010        /s/ Kyle Reardon for
                               MARK S. AXUP
                               Counsel for the defendant

1 **ORDER**

2     Based upon the representations by counsel and the stipulation
3 of the parties, IT IS HEREBY ORDERED that:
4     1.  The Court finds good cause to extend the Preliminary
5 Hearing currently set for Friday, January 29, 2010, at 2:00 p.m., to
6 Friday, February 12, 2010, at 2:00 p.m., pursuant to Federal Rule of
7 Criminal Procedure 5.1(d);
8     2.  Based upon the above representations and stipulation of
9 the parties, the Court further finds that the ends of justice
10 outweigh the best interest of the public and the defendant in a
11 speedy trial.  Accordingly, time under the Speedy Trial Act shall be
12 excluded through Friday, February 12, 2010. See 18 U.S.C.
13 § 3161(h)(7)(B)(i); Local Code T1.
14     IT IS SO ORDERED.

16 Date:  January 29, 2010.

                                         U.S. MAGISTRATE JUDGE