BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:09-MJ-00096 EFB |
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS COMPLAINT ) and ORDER DISMISSING ) COMPLAINT |
| JERRY VAN LE, | ) |
| Defendant. | ) ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint against Jerry Van Le in Magistrate case number 2:08-MJ-00096 EFB. On Friday, February 5, 2010, the defendant waived arraignment and pleaded guilty to an information

///
///
///
///
///
///
///

1

before District Court Judge Edward J. Garcia in case number 2:09-CR-00444 EJG.  Sentencing is set for April 23, 2010.

```
 Date: February 8, 2010            Respectfully submitted,
                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Kyle Reardon
                              By:  KYLE REARDON
                                   Assistant U.S. Attorney

                                   Attorneys for the Plaintiff
                                   UNITED STATES OF AMERICA
```

**O R D E R**

APPROVED AND SO ORDERED:

```
                                   /s/ Gregory G. Hollows
 Dated: February 12, 2010          _____
                                   United States Magistrate Judge
```

le96.ord